**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SHATANDRIA MAIDEN**                                                                     **PLAINTIFF**

**vs.**                                                          **CIVIL ACTION NO.: 3:17-CV-105-HTW-LRA**

**TIMOTHY FULLER, ET. AL.**                                                      **DEFENDANTS**


**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 4]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 4]** is hereby **ADOPTED** as the order of this court.

Pursuant the Report and Recommendation, Plaintiff's Application to Proceed In Forma Pauperis [Docket No. 2] is **DENIED**. Plaintiff shall pay the full filing fees in this case on or before June 5, 2017. If she fails to pay the fees by this date, the Complaint shall be **DISMISSED** without prejudice.

SO ORDERED, this this ___24th____ day of__May_____, 2017.


**s/ HENRY T. WINGATE_____ ___**
**UNITED STATES DISTRICT COURT JUDGE**